**STATE of Missouri, Respondent,**

v.

**Fred EDGAR, Jr., Appellant.**

**No. WD 44843.**

Missouri Court of Appeals, Western District.

Feb. 1, 1994.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from a conviction of assault in the first degree, § 565.050, RSMo 1986.

Affirmed. Rule 30.25(b).